# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SUNEDISON, INC., SECURITIES
LITIGATION                                                               MDL No. 2742

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On October 4, 2016, the Panel transferred 14 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F. Supp. 3d_ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable P. Kevin Castel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Castel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 4, 2016, and, with the consent of that court, assigned to the Honorable P. Kevin Castel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 13, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY _____
Deputy Clerk

IN RE: SUNEDISON, INC., SECURITIES LITIGATION  MDL No. 2742

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| ~~CAN~~ | ~~3~~ | ~~16−05187~~ | ~~Canyon Capital Advisors LLC et al v. Alvarez et al~~ Opposed 10/11/ |
| CAN | 3 | 16−05477 | Kingdon Associates et al v. Terraform Global, Inc. et al |
| CAN | 4 | 16−05531 | VMT II, LLC v. TerraForm Global, Inc. et al |
| ~~CAN~~ | ~~5~~ | ~~16−05185~~ | ~~Canyon Capital Advisors LLC et al v. Terraform Global, Inc. et al~~ Opposed 10/11/16 |
| MISSOURI EASTERN | | | |
| MOE | 4 | 15−01809 | Moodie v. SunEdison, Inc. et al |
| MOE | 4 | 16−00113 | Kunz v. SunEdison Inc. et al |
| MOE | 4 | 16−00173 | Dull et al v. SunEdison, Inc. Investment Committee et al |
| MOE | 4 | 16−00199 | Linton v. SunEdison, Inc. et al |
| MOE | 4 | 16−00226 | Wheeler v. SunEdison, Inc. et al |